**DIANE MEAUX BROUSSARD**
**VERMILION PARISH CLERK OF COURT**
**100 N. STATE STREET, SUITE 101**
**ABBEVILLE, LA  70510**
**(337) 898-1992**

| | |
|---|---|
| **JARED REGAN** | **FIFTEENTH JUDICIAL DISTRICT** |
| **VS** | **PARISH OF VERMILION** |
| **NOBLE DRILLING U.S LLC, ET AL** | **STATE OF LOUISIANA** |

**DOCKET NUMBER: C-110148**

I HEREBY CERTIFY, that the attached copies are a true and correct copy of the entire proceedings entitled:

**JARED REGAN**

**VS**

**NOBLE DRILLING U.S LLC, ET AL**

 **DOCKET NUMBER: C-110148**

Of the records of the Office of the Clerk of Court in and for the Parish of Vermilion, Louisiana.

WITNESS MY HAND AND SEAL OF OFFICE AT ABBEVILLE, LOUISIANA, this

17TH DAY OF NOVEMBER, 2021.

_____
Deputy Clerk of Court for
Diane Meaux Broussard
Clerk of Court

Exhibit "A" - Page 1

Vermilion Parish
Filed Oct 20, 2021 2:18 PM
Shyla Landry
Deputy Clerk of Court

C-110148
J

# JONES & HILL

### ATTORNEYS AT LAW
(Limited Liability Corporation)

J. CRAIG JONES*†
CRAIG RAY HILL*

*A Professional Law Corporation
†Admitted To Practice In Louisiana and Texas

**131 HIGHWAY 165 SOUTH**
**OAKDALE, LOUISIANA 71463**
TELEPHONE: (318) 335-1333
FACSIMILE: (318)335-1934
www.joneshilllaw.com
**LAKE CHARLES ● OBERLIN ● OAKDALE ● ALEXANDRIA**

WRITER'S DIRECT DIAL NUMBER
(318) 335-1333
ALL EMAIL RESPONSES SHOULD
BE DIRECTED TO
VALERIE MARICLE, PARALEGAL
TO J. CRIAG JONES
valerie@joneshilllaw.com

**Via Facsimile (337) 898-0404**
**And Certified Mail**
**Receipt No.**
**7018 0680 0000 6434 6098**
**Return Receipt Requested**

October 15, 2021

Vermillion Parish Clerk of Court, 15th JDC
100 North State Street
Suite 101
Abbeville, LA 70510

***Re:*** *Jared Regan vs. Noble Drilling (U.S.) LLC, Noble Drilling Services, Inc., Noble Drilling Holding, LLC, Noble Leasing II (Switzerland) GMBH, Shell Oil Company and Shell Offshore, Inc. --- New Suit Filing*

Dear Clerk of Court:

Enclosed please find a Petition for Damages, Request for Notice of Trial Date and Order for Trial by Jury to be filed. After please forward to the Judge for consideration and signature.

Thereafter, please serve per service instructions. Further, please return a certified copy to our office. I have enclosed a copy of the Petition for Damages as well as a self-addressed stamped envelope for your convenience.

Also enclosed please find our firm's check in the amount of $950.00 to cover filing costs.

Thanking you for your usual courtesies and kind services, I remain

Yours truly,

Valerie Maricle
Paralegal to J. Craig Jones
Enclosures

Vermilion Parish
Filed Oct 20, 2021 2:18 PM
Shyla Landry
Deputy Clerk of Court

C-110148
J

# FIFTEENTH JUDICIAL DISTRICT COURT
## PARISH OF VERMILLION
## STATE OF LOUISIANA

| | | |
|---|---|---|
| **JARED REGAN** | :: | |
| | :: | |
| **VERSUS** | :: | DOCKET NO:_____ |
| | :: | |
| **NOBLE DRILLING (U.S.) LLC,** | :: | |
| **NOBLE DRILLING SERVICES, INC.,** | :: | |
| **NOBLE DRILLING HOLDING, LLC,** | :: | |
| **NOBLE LEASING II (SWITZERLAND)** | :: | |
| **GMBH, SHELL OIL COMPANY,** | :: | |
| **AND SHELL OFFSHORE, INC.** | :: | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## PETITION FOR DAMAGES

**COMES NOW** Jared Regan ("Regan") who for his petition for damages avers to wit:

1.

Made Defendants herein are:

    a.    Noble Drilling (U.S.), LLC;

    b.    Noble Drilling Services, Inc.;

    c.    Noble Drilling Holding, LLC;

    d.    Noble Leasing II (Switzerland), GmbH, (Defendants

        (a) through (d) are hereinafter sometimes collectively

        referred to as the "Noble Defendants"); and

    e.    Shell Oil Company; and

    f.    Shell Offshore, Inc. (Defendants (e) & (f) are

        hereinafter sometimes collectively referred to as the

        "Shell Defendants").

2.

This action is brought under 33 U.S.C. § 905(b) of LHWCA as modified by the General Maritime Law of the United States.  Thus, this Court has exclusive jurisdiction

of this civil action pursuant to the "savings to suitors" clause contained in 28 U.S.C. § 1333 which proceeds from Section 9 of the Judiciary Act of 1789.

3.

Venue is proper under Article 42 of the Louisiana Code of Civil Procedure, especially Article 42 (5) of the Louisiana Code of Civil Procedure.

4.

Your plaintiff herein, Regan, age 39, is a person of the full age of majority and a resident of Abbeville, Vermillion Parish, Louisiana.

5.

At all times pertinent hereto, Regan was employed by Pro-T Co. Inc. of Broussard, Louisiana ("Pro-T").

6.

At times pertinent hereto, Regan was a filtration technician employed by Pro-T and working in the Gulf of Mexico, off the Louisiana coast aboard the *GLOBETROTTER II.*

7.

Regan worked full time for Pro-T and received significant remuneration, plus found and fringe benefits.

8.

Noble Drilling (U.S.), LLC is, upon information and belief, a foreign limited liability company, organized under and existing by virtue of the laws of the State of Delaware, having its principal place of business in Sugar Land, Texas. Noble Drilling (U.S.), LLC is licensed to do and doing business in this State and has designated its principal Louisiana business establishment location as 3867 Plaza Tower Dr., Baton Rouge, Louisiana. Noble Drilling (U.S.), LLC may be cited to appear and answer herein by serving its registered agent for service of process; namely, CT Corporation System, 3867 Plaza Tower Dr., Baton Rouge, Louisiana.

9.

Noble Drilling Services, Inc. is, upon information and belief, thought to be a foreign corporation, organized and existing by virtue of the laws of the State of Delaware, having its principal place of business in Sugar Land, Texas. However, unlike Noble Drilling (U.S.), LLC, Noble Drilling Services, Inc. is neither licensed to do business, nor has it appointed an agent for service of process in Louisiana in the manner provided by law. Noble Drilling Services, Inc. does business in the State of Louisiana, and thus may be cited to appear and answer herein by serving its statutory agent for service of process; namely, Hon. R. Kyle Ardoin, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana.

10.

Noble Drilling Holding, LLC is, upon information and belief, thought to be a foreign corporation, organized and existing by virtue of the laws of the State of Delaware, having its principal place of business in Sugar Land, Texas. However, unlike Noble Drilling (U.S.), LLC, Noble Drilling Holding, LLC is neither licensed to do business, nor it appointed an agent for service of process in the State of Louisiana in the manner provided by law. Noble Drilling Holding, LLC does business in the State of Louisiana and thus may be cited to appear and answer herein by serving its statutory agent for service of process; namely, Hon. R. Kyle Ardoin, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana.

11.

Noble Leasing II (Switzerland) GmbH is thought to be a corporation, or other business entity, organized and existing by virtue of the laws of Switzerland (officially known at the "Swiss Confederation") a landlocked country located in continental Europe. Noble Leasing II (Switzerland) GmbH may thus be cited to appear and answer herein by service of process through the provisions of the Hague Convention.

12.

Shell Oil Company is thought to be a foreign corporation organized under and existing by virtue of the laws of the State of Delaware, having its principal place of business in Houston, Texas. Shell Oil Company is licensed to do and doing business in the State of Louisiana and has designated its principal Louisiana business establishment to be located at 3867 Plaza Tower Dr., Baton Rouge, Louisiana. Shell Oil Company may be cited to appear and answer herein by serving its agent for service of process; CT Corporation System, 3867 Plaza Tower Dr., Baton Rouge, Louisiana.

13.

Shell Offshore, Inc. is thought to be a foreign corporation organized and existing by virtue of the laws of the State of Delaware, having its principal place of business in Houston, Texas. Shell Offshore, Inc. is licensed to do and doing business in the State of Louisiana, and has designated its principal Louisiana business establishment to be located at 5615 Corporate Blvd., Ste. 400B, Baton Rouge, Louisiana. Shell Offshore, Inc. may be cited to appear and answer herein by serving its registered agent for service of process; namely, CT Corporation System, 3867 Plaza Tower Dr., Baton Rouge, Louisiana.

14.

The GLOBETROTTER II ("*GLOBETROTTER II*"). is an ultra-deep-water drillship 620 feet in length, 105 feet in breadth, and 62 feet in depth, as is more fully described and shown in Exhibit "A".

15.

At all times pertinent hereto, the Noble Defendants owned, operated, manned, managed and controlled the ultra-deep-water drillship *NOBLE GLOBETROTER II.* In the alternative, at all times pertinent hereto, the Shell Defendants managed and controlled the *GLOBETROTTER II.* In the further alternative, at all times pertinent hereto, the Noble Defendants and the Shell Defendants jointly managed and controlled the *GLOBETROTTER II.*

16.

It has become necessary to institute this civil action as a result of injuries and damage suffered by Regan on or about Saturday, August 28, 2021 as a consequence of the negligence, negligence *per se,* carelessness, and omission of duty, as well as the recklessness, gross negligence, and willful and wanton conduct on the part of the Noble Defendants and the Shell Defendants, either acting alone or in concert including, but not limited to, the conscious decision made by the Noble Defendants and Shell Defendants in the days leading up to and during Hurricane Ida – one of the most powerful and damaging hurricanes to ever strike the United States.

17.

Although Hurricane Ida made landfall along the Southeast Louisiana coast on Sunday, August 29, 2021, numerous around-the-clock warnings were issued days in advance about the storm's gathering strength. In the days before Saturday, August 28, 2021, the National Weather Service, the National Hurricane Center and the European Hurricane Model pin-pointed Hurricane Ida's probable landfall to be along the Louisiana coast between Morgan City, Louisiana and Grand Isle, Louisiana. As projected, Hurricane Ida made landfall in Southeast Louisiana, near Port Fourchon with sustained winds of 150 miles per hours, with wind gusts up to 165 mph.

18.

At all times pertinent hereto, the *GLOBETROTTER II* was working in the Gulf of Mexico, off the Louisiana coast for the benefit of, and at the direction of, the Noble Defendants and the Shell Defendants. In the days leading up to Saturday, August 28, 2021, Hurricane Ida entered the Gulf of Mexico taking direct aim at the Southeast Louisiana coast.

19.

Unfortunately for the *GLOBETROTTER II* and her crew and all aboard, neither the Noble Defendants nor the Shell Defendants cared about the catastrophic hazards posed to the *GLOBETROTTER II* and her crew members.

20.

On August 28, 2021, Regan was aboard the *GLOBETROTTER II* in the Gulf of Mexico. Despite the undeniable path of Ida, the Noble Defendants and the Shell Defendants continued to operate the *GLOBETROTTER II* in direct defiance and willful disregard of and indifference to all weather information made available to the *GLOBETROTTER II,* as well as the broadcasted weather information made available to mariners by the National Weather Service and the National Hurricane Center.

21.

In the hours before Hurricane Ida's arrival at the place where the *GLOBETROTTER II* was then located in the Gulf of Mexico, the *GLOBETROTTER II* unlatched from its sub-sea drilling activities and headed directly into the approaching storm. The Noble Defendants and the Shell Defendants then placed *GLOBETROTTER II* on a collision course with Hurricane Ida – within ten (10) miles of her eyewall.

22.

The GLOBETROTTER II and her crew and all aboard were exposed to 150 miles per hour winds, gusting up to 165 miles per hours and 80-95 foot sea swells causing the GLOBETROTTER II to violently sway, yaw and pitch so severely that her crew was., at times, forced to walk on her walls, rather than the interior walkways.  The sway was so extreme that the GLOBETROTTER II almost capsized several times and that all on board thought they were going to die.

23.

Regan was violently tossed by the extreme weather that struck the Globetrotter II, causing him to be slammed by walls and the rising and pitching decks, all of which caused serve, permanent and life changing injuries to your plaintiff.

24.

The injuries suffered by Regan were cause by the legal fault, negligence, negligence *per se,* carelessness, and omission of duty, as well as by the recklessness, gross negligence and willful and wanton conduct on the part of the Noble Defendants and the Shell Defendants, either acting alone or in concert, without any legal fault, negligence, carelessness or omission of duty on the part of Regan, causing or contributing in any way thereto.

25.

The legal fault, negligence, negligence *per se,* carelessness, and omission of duty, as well as the recklessness, gross negligence, and willful and wanton conduct on the part of the Noble Defendants and the Shell Defendants, either acting alone or in concert, consisted of the following acts and omissions:

a.   In failing to instruct, train, and supervise the crew of the *GLOBETROTTER II* or, in the alternative, in failing to adequately instruct, train, and supervise the crew of the *GLOBETROTTER II;*

b.   In that the *GLOBETROTTER II* was not in the charge of competent persons and crew;

c.   In failing to timely and seasonably order the *GLOBETROTTER II* to move off of its drilling location and out of the path of Hurricane Ida;

d.   In failing to timely and seasonably move the *GLOBETROTTER II* off its drilling location and out of the path of Hurricane Ida;

e.   In failing to promulgate, adopt, and enforce safety practices, safety policies, and safety procedures concerning hazard mitigation during a hurricane or, in the alternative, in failing to promulgate, adopt, and enforce adequate safety practices, safety policies, and safety procedures concerning hazard mitigation during a hurricane;

f.    In failing to timely and seasonably evacuate the *GLOBETROTTER II* of all

nonessential personnel well in advance of the approach of Hurricane Ida;

g.    In failing to insist that the *GLOBETROTTER II* be brought into the nearest

port, before she was hit by Hurricane Ida;

h.    In violating applicable United States Coast Guard, and BSEE regulations.

26.

Regan sustained serious and potentially permanent injuries to his body and mind,

the full extent of which has not yet been determined, due to and because of the legal fault,

negligence, negligence *per se*, carelessness and omission of duty, as well as the

recklessness, gross negligence and willful and wanton conduct on the part of the Noble

Defendants and the Shell Defendants, either acting alone or in concert.  More particularly,

Regan has been caused and may be caused to suffer:

a)  Pain, humiliation and suffering;

b)  Inconvenience;

c)  Loss of enjoyment of life;

d)  Bodily injuries;

e)  Lost past wages;

f)  Loss of future wage earning capacity;

g)  Scarring;

h)  Mental anguish, aggravation;

i)  Medical expenses, both past & future.

27.

In addition to all compensatory damages to which Regan is otherwise entitled to

receive, your plaintiff is also entitled to punitive damages because the Noble Defendants

and Shell Defendants, acted, either alone or in concert, with willful and wanton disregard

of Regan's rights to, among other things, a safe workplace. The Noble and Defendants

and the Shell Defendants were well aware of the grave danger to human life presented by

the Hurricane Ida in the area of the Gulf of Mexico where the *GLOBETROTTER II* and her crew and all aboard *GLOBETROTTER II* were working but did absolutely nothing to eliminate or mitigate those hazards. Rather, the Noble Defendants and the Shell Defendants ignored the grave hazard to human life presented by Hurricane Ida and ordered the *GLOBETROTTER II* crew members to continue working.

28.

The acts and omissions of the Noble Defendants and the Shell Defendants involved a callous disregard for Regan's safety due to the extreme degree of danger and considering the probability and magnitude of potential harm to human life. Moreover, the Noble and Shell Defendants had actual, subjective knowledge of the extreme risk of harm to human life involved, and consciously disregarded the risk by ordering that the crew of the *GLOBETROTTER II* to continue to work and refused to allow the *Globetrotter II* to immediately evacuate and seek shelter from Hurricane Ida.

29.

Regan is entitled to and demands a trial by jury.

**WHEREFORE,** Regan prays that Defendants, Noble Drilling (U.S.), LLC, Noble Drilling Services, Inc., Noble Drilling Holding, LLC, Noble Leasing II (Switzerland) GmbH, Shell Oil Company, and Shell Offshore, Inc. be served with a copy of this, Regan's, Petition for Damages and that these Defendants be cited to appear and answer herein; and that after the lapse of all legal delays and due proceedings had, there be judgement in favor of Regan and against these Defendants, in an amount reasonable in the premises, together with legal interest and for all costs of these proceedings.

Respectfully submitted:

JONES & HILL, LLC

By: _____
J. Craig Jones
(La. Bar. Roll # 17648)
Craig Ray Hill
(La. Bar. Roll # 23780)
131 Hwy 165 S
Oakdale, Louisiana 71463
Attorney for Plaintiff
Jared Regan

**PLEASE SERVE:**

Noble Drilling (U.S.), LLC
Through its registered agent
For service of process:
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, Louisiana

Noble Drilling Services, Inc.
Through its statutory agent
For service of process:
Hon. R. Kyle Ardoin,
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana

Noble Drilling Holding, LLC
Through its statutory agent
For service of process:
Hon. R. Kyle Ardoin,
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana

Noble Leasing II (Switzerland) GmbH
Hague Convention Service

Shell Oil Company
Through its registered agent
For service of process:
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana

Shell Offshore, Inc.
Through its registered agent
For service of process:
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana

Vermilion Parish
Filed Oct 20, 2021 2:18 PM
Shyla Landry
Deputy Clerk of Court

C-110148
J

## FIFTEENTH JUDICIAL DISTRICT COURT
## PARISH OF VERMILLION
## STATE OF LOUISIANA

| | | |
|---|---|---|
| **JARED REGAN** | :: | |
| | :: | |
| **VERSUS** | :: | **DOCKET NO:**_____ |
| | :: | |
| **NOBLE DRILLING (U.S.) LLC,** | :: | |
| **NOBLE DRILLING SERVICES, INC.,** | :: | |
| **NOBLE DRILLING HOLDING, LLC,** | :: | |
| **NOBLE LEASING II (SWITZERLAND)** | :: | |
| **GMBH, SHELL OIL COMPANY,** | :: | |
| **AND SHELL OFFSHORE, INC.** | :: | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### REQUEST FOR NOTICE OF TRIAL DATE

TO THE CLERK OF COURT OF THE PARISH OF VERMILLION, STATE OF LOUISIANA:

PLEASE TAKE NOTICE that J. Craig Jones, attorney for plaintiff herein, Jared Regan, hereby requests written notice of the date of trial of the above-captioned matter, as well as notice of hearings (whether on merits or otherwise), orders, judgments, and interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge, or any member of the Court as provided in Louisiana Code of Civil Procedure, particularly Articles 1572, 1913, and 1914.

Respectfully submitted:

**JONES AND HILL, LLC**

By: _____

J. Craig Jones, 17648
131 Highway 165 South
Oakdale, Louisiana 71463
Telephone: (318) 335-1333
Facsimile:  (318) 335-1934
*Attorney for Plaintiff*
*Jared Regan*

Vermilion Parish
Filed Oct 20, 2021 2:18 PM
Shyla Landry
Deputy Clerk of Court

C-110148
J

FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILLION
STATE OF LOUISIANA

JARED REGAN                          ::
                                     ::
VERSUS                               ::     DOCKET NO. _____
                                     ::
NOBLE DRILLING (U.S.) LLC,           ::
NOBLE DRILLING SERVICES, INC.,       ::
NOBLE DRILLING HOLDING, LLC,         ::
NOBLE LEASING II (SWITZERLAND)       ::
GMBH, SHELL OIL COMPANY,             ::
 AND SHELL OFFSHORE, INC.            ::
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

ORDER FOR TRIAL BY JURY

CONSIDERING THE FOREGOING PETITION;

IT IS ORDERED that Jared Regan's Motion For Trial By Jury is GRANTED.

Thus read and signed this __**20**__ day of ___**October**___ in Vermillion Parish,

Louisiana, 2021.

_____
DISTRICT JUDGE, 15TH JDC

Kristian Earles
SIGNED ON 10/20/2021





D2011401

# CITATION

**JARED REGAN**

**VS**

**NOBLE DRILLING U.S LLC, ET AL**

**FIFTEENTH JUDICIAL DISTRICT**

**PARISH OF VERMILION**

**STATE OF LOUISIANA**

**DOCKET NUMBER: C-110148**

To:   **NOBLE DRILLING U.S LLC**
      **THROUGH ITS REGISTERED AGENT, FOR SERVICE OF PROCESS:**
      **C T CORPORATION SYSTEM**
      **3867 PLAZA TOWER DR**
      **BATON ROUGE, LA**

**Parish: EAST BATON ROUGE**

   You are hereby summoned to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing an Answer or other pleading to said Petition, in the Fifteenth Judicial District Court in and for the Parish of Vermilion, State of Louisiana, within **fifteen (15) days** after the service hereof, under penalty of default.

   This service was requested by **JONES, J CRAIG** and was issued by the Clerk of Court on the **22ND DAY OF OCTOBER, 2021.**

   * Also attached are the following documents:

I made service on the named party through

CT Corporation

NOV 0 2 2021

by tendering a copy of this document to
Ashley Minvielle

E. CUMMINS

Deputy Clerk of Court, East Baton Rouge, Louisiana

*Kaylen Clark*
_____
Deputy Clerk of Court for
Diane Meaux Broussard
Clerk of Court

**SHERIFF'S** INFORMATION
RECEIVED ON THE _____ DAY OF _____, 20_____ AND ON THE _____ DAY OF
_____, 20_____ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED _____.

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS
DOMICILE IN THE PARISH IN THE HANDS OF _____, A
PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN
SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I
LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT
FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

RETURNED: PARISH OF _____ THIS _____ DAY OF
_____, 20____ .

SERVICE  $_____       BY:_____
MILEAGE $_____                          DEPUTY SHERIFF
TOTAL    $_____

**RETURN**





D2011419

# CITATION

**JARED REGAN**

**VS**

**NOBLE DRILLING U.S LLC, ET AL**

**FIFTEENTH JUDICIAL DISTRICT**

**PARISH OF VERMILION**

**STATE OF LOUISIANA**

**DOCKET NUMBER: C-110148**

**To:  SHELL OFFSHORE INC**
**THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:**
**CT CORPORATION SYSTEM**
**3867 PLAZA TOWER  DRIVE**
**BATON ROUGE,  LA**

**Parish:  EAST BATON ROUGE**

You are hereby summoned to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing an Answer or other pleading to said Petition, in the Fifteenth Judicial District Court in and for the Parish of Vermilion, State of Louisiana, within **fifteen (15) days** after the service hereof, under penalty of default.

This service was requested by **JONES, J CRAIG** and was issued by the Clerk of Court on the **22ND DAY OF OCTOBER, 2021**.

* Also attached are the following documents:

I made service on the named party through the
CT Corporation

NOV 0 2 2021

by tendering a copy of this document to
Ashley Minvielle

E. CUMMINS

_____
Deputy Clerk of Court for.
Diane Meaux Broussard
Clerk of Court

### SERVICE INFORMATION

RECEIVED ON THE _____ DAY OF _____, 20_____ AND ON THE _____ DAY OF _____, 20_____ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED _____.

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS DOMICILE IN THE PARISH IN THE HANDS OF _____, A PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

RETURNED:  PARISH OF _____ THIS _____ DAY OF _____, 20____.

SERVICE  $_____        BY:_____
MILEAGE $_____                        DEPUTY SHERIFF
TOTAL     $_____

**RETURN**





D2012391

# CITATION

| | |
|---|---|
| **JARED REGAN** | **FIFTEENTH JUDICIAL DISTRICT** |
| **VS** | **PARISH OF VERMILION** |
| **NOBLE DRILLING U.S LLC, ET AL** | **STATE OF LOUISIANA** |
| | **DOCKET NUMBER: C-110148** |

To:  **SHELL OIL CO**
**THROUGH ITS REGISTERED AGENT: C T CORP SYSTEM**
**3867 PLAZA TOWER DRIVE**
**BATON ROUGE, LA**

**Parish:  EAST BATON ROUGE**

You are hereby summoned to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing an Answer or other pleading to said Petition, in the Fifteenth Judicial District Court in and for the Parish of Vermilion, State of Louisiana, within **fifteen (15) days** after the service hereof, under penalty of default.

This service was requested by **JONES, J CRAIG** and was issued by the Clerk of Court on the **22ND DAY OF OCTOBER, 2021**.

 * Also attached are the following documents:

I made service on the named party through the

CT Corporation

NOV 0 2 2021

by tendering a copy of this document to

Ashley Minvielle

E. CUMMINS

Deputy Sheriff of... ... Rouge, Louisiana

*Kaylan Clark*

Deputy Clerk of Court for
Diane Meaux Broussard
Clerk of Court

2021 NOV 01 PM 12: 05
CLERK OF COURT
VERMILION PARISH, LA

### SERVICE INFORMATION

RECEIVED ON THE _____ DAY OF _____, 20_____ AND ON THE _____ DAY OF _____, 20_____ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED _____.

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS DOMICILE IN THE PARISH IN THE HANDS OF _____, A PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

RETURNED: PARISH OF _____ THIS _____ DAY OF _____, 20____.

SERVICE  $_____          BY:_____
MILEAGE $_____                    DEPUTY SHERIFF
TOTAL    $_____

**RETURN**

Exhibit "A" - Page 18




D2011393

# CITATION

**JARED REGAN**                    **FIFTEENTH JUDICIAL DISTRICT**

**VS**                             **PARISH OF VERMILION**

**NOBLE DRILLING U.S LLC, ET AL**  **STATE OF LOUISIANA**

                                   **DOCKET NUMBER: C-110148**

To:  **NOBLE DRILLING SERVICES INC**
     **THROUGH ITS STATUTORY AGENT, FOR SERVICE PROCESS:**
     **HON. R. KYLE ARDOIN LOUISIANA SECRETARY OF STATE**
     **8585 ARCHIVES AVE**
     **BATON ROUGE, LA**

**Parish:  EAST BATON ROUGE**

    You are hereby summoned to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing an Answer or other pleading to said Petition, in the Fifteenth Judicial District Court in and for the Parish of Vermilion, State of Louisiana, within **fifteen (15) days** after the service hereof, under penalty of default.

    This service was requested by **JONES, J CRAIG** and was issued by the Clerk of Court on the **22ND DAY OF OCTOBER, 2021**.

    * Also attached are the following documents:

I made service on the named party through the

Office of the Secretary of State on

**NOV 0 2 2021**

by tendering a copy of this document to:

JULIE NESBITT

DY. M. LOCKWOOD #0303

Deputy Sheriff E.B.R. at Baton Rouge, LA

Kaylan Clark

_____
Deputy Clerk of Court for
Diane Meaux Broussard
Clerk of Court

VERMILION PARISH, LA
2021 NOV 10  PH 12: 02
CLERK OF COURT

SERVICE INFORMATION

RECEIVED ON THE _____ DAY OF _____, 20_____ AND ON THE _____ DAY OF _____, 20_____ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED _____.

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS DOMICILE IN THE PARISH IN THE HANDS OF _____, A PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

RETURNED: PARISH OF _____ THIS _____ DAY OF _____, 20____.

SERVICE  $_____       BY:_____
MILEAGE $_____                    DEPUTY SHERIFF
TOTAL    $_____

**RETURN**





D2011385

# CITATION

| | |
|---|---|
| **JARED REGAN** | **FIFTEENTH JUDICIAL DISTRICT** |
| **VS** | **PARISH OF VERMILION** |
| **NOBLE DRILLING U.S LLC, ET AL** | **STATE OF LOUISIANA** |
| | **DOCKET NUMBER: C-110148** |

**To:  NOBLE DRILLING HOLDING LLC**
**THROUGH ITS STATUTORY AGENT FOR SERVICE OF PROCESS:**
**HON. R. KYLE ARDOIN, LOUISIANA SECRETARY OF STATE**
**8585 ARCHIVES AVENUE**
**BATON ROUGE, LA**

**Parish: EAST BATON ROUGE**

You are hereby summoned to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing an Answer or other pleading to said Petition, in the Fifteenth Judicial District Court in and for the Parish of Vermilion, State of Louisiana, within **fifteen (15) days** after the service hereof, under penalty of default.

This service was requested by **JONES, J CRAIG** and was issued by the Clerk of Court on the **22ND DAY OF OCTOBER, 2021**.

\* Also attached are the following documents:

I made service on the named party through the Office of the Secretary of State on

NOV 0 2 2021

by tendering a copy of this document to:
JULIE NESBITT

DY. M. LOCKWOOD #0803
Deputy Sheriff, Parish of East Baton Rouge, LA

*Kaylen Clark*

Deputy Clerk of Court
Diane Meaux Broussard
Clerk of Court

2021 NOV 10 PM 2: 02
VERMILION PARISH, LA
FILED IN OPEN DAY

## SERVICE INFORMATION

RECEIVED ON THE _____ DAY OF _____, 20_____ AND ON THE _____ DAY OF _____, 20_____ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED _____.

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS DOMICILE IN THE PARISH IN THE HANDS OF _____, A PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

RETURNED: PARISH OF _____ THIS _____ DAY OF _____, 20____.

SERVICE  $_____          BY:_____
MILEAGE $_____                      DEPUTY SHERIFF
TOTAL    $_____

**RETURN**