UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JARED REGAN | CIVIL ACTION NO. 6:21-cv-03993 |
| VERSUS | JUDGE SUMMERHAYS |
| NOBLE DRILLING (U.S.) LLC, ET AL. | MAGISTRATE JUDGE HANNA |

### ORDER OF TRANSFER

It has come to the attention of the undersigned magistrate judge that this action, which was assigned to the undersigned magistrate judge and Judge Summerhays, is related to another case, namely, *Remedio v. Noble Drilling et al.*, Civil Action No. 6:21-cv-03527, which was assigned to Judge Summerhays and Magistrate Judge Whitehurst and has a lower number.

The Clerk of Court is hereby directed to REMOVE the above-captioned case, bearing Civil Action No. 6:21-cv-03993, from the undersigned's docket and to TRANSFER the same to Magistrate Judge Whitehurst as a related case. All pending motions and any future proceedings in this matter shall be heard by either Judge Summerhays or Judge Whitehurst.

Signed at Lafayette, Louisiana, this 17th day of November 2021.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE